UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (POUGHKEEPSIE)
---------------------------------------------------------------------X
In re:

MONIKA SZULC – FABIJANOWSKI,
MAREK FABIJANOWSKI,

        Debtors.

---------------------------------------------------------------------X

Chapter 7
Case No.: 17-37040-CGM

**STIPULATION AND ORDER ADJOURNING RULE 2004 EXAMINATION**

**WHEREAS**, the above captioned debtors (the "Debtors") have filed a petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the creditors PIOTR JOZWICKI and MICHAL SKRZECZKOWSKI (the "Creditors") have appeared in this action by their attorneys Marzec Law Firm, P.C.;

**WHEREAS**, the creditors obtained an order from the court directing debtors to produce documents and appear for a Rule 2004 Examination; and

**WHEREAS**, the debtors were duly served with subpoena directing them to appear on June 18, 2018 for a Rule 2004 Examination;

**IT IS NOW, THEREFORE, STIPULATED AND AGREED** by and between the parties hereto that the date for the Rule 2004 Examination be adjourned and that the debtors appear on Friday, June 22, 2018 at 10 AM at the offices of Marzec Law Firm, P.C., 776A Manhattan Avenue, Suite 104, Brooklyn, New York 11222, and that the examination shall continue day to day until completed. The debtors shall provide to creditors' counsel the documents requested in the previously-served subpoenas no later than three (3) days prior to the date of the examination.

[INTENTIONALLY LEFT BLANK]

Dated: Brooklyn, New York
      June 15, 2018

By:   /s/ Darius A. Marzec
      Darius A. Marzec, Esq.
      Attorney for Creditors
      Piotr Jozwicki and Michal Skrzeczkowski
      776A Manhattan Avenue, Suite 104
      Brooklyn, NY 11222

By:   /s/ Andrew M. Tilem
      Andrew M. Tilem, Esq.
      Attorney for Debtors
      228 Montrose Avenue
      Brooklyn, NY 11206



**/s/ Cecelia G. Morris**
_____
**Dated: June 19, 2018**        **Hon. Cecelia G. Morris**
    **Poughkeepsie, New York**      **Chief U.S. Bankruptcy Judge**